IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.                                       : CIVIL NO:  C-1-00-341
                                                      JUDGE SPIEGEL

**HARI M. DANIELS,**

    **Defendant.**

## SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                                       GREGORY G. LOCKHART
                                       United States Attorney


                                        s/Deborah F. Sanders
                                       DEBORAH  F. SANDERS  #0043575
                                       Assistant United States Attorney
                                       303 Marconi Blvd., Suite 200
                                       Columbus, Ohio  43215
                                       (614) 469-5715